|   |   |
|---|---|
| 1 | |
| 2 | THE HONORABLE JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS KIKENDALL, an individual,<br><br>                    Plaintiff,<br>vs.<br><br>BID MY LISTING, INC., a Delaware Profit Corporation; DEER PARK ROAD MANAGEMENT COMPANY, LP, a Delaware Limited Partnership; VENTURES ON WOODWARD, LLC, a Delaware Limited Liability Company; MATTHEW PROMAN, individually and together with his marital community, if any; and SCOTT BURG, individually and together with his marital community, if any,<br><br>                  Defendants. | No. 2:25-cv-01237-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES<br><br>**Note on Motion Calendar:**<br>September 9, 2025<br>(Same day per LCR 7(d)(1)) |

       THIS MATTER, having come on regularly for hearing before the Court on the parties' stipulated motion to continue Initial Case Management Deadlines, and the Court, having considered the pleadings,

       IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion to Continue Initial Case Management Deadlines is hereby GRANTED. The deadline for the Rule 26(f) conference will be set one week from the date of the Court's Order on Plaintiff's Motion for Remand. Further, the deadlines for Initial Disclosures and the filing of the Joint Status Report

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CONTINUE - 1
(Case No. 2:25-cv-01237-JCC)

**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

will be commensurately continued to, respectively, two and three weeks following the Court's order on Plaintiff's Remand Motion.

DATED this 10th day of September 2025.

*(signature)*

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

Presented by:

Jason A. Rittereiser, WSBA No. 43628
Rachel M. Emens, WSBA No. 49047
Henry Brudney, WSBA No. 52602
**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Phone: 206-838-2504
Fax:         206-260-3055
Email: jrittereiser@hkm.com
remens@hkm.com
hbrudney@hkm.com

*Attorneys for Plaintiff Douglas Kikendall*

Hana A. Kern, WSBA No. 21595
Christopher R. Conley, WSBA No. 59187
**RYAN, SWANSON & CLEVELAND, PLLC**
401 Union Street, Suite 1500
Seattle, Washington 98101-2668
Phone: (206) 464-4224
Email: kern@ryanlaw.com
conley@ryanlaw.com

*Attorneys for Defendants Bid My Listing, Inc., Deer Park Road Management Company, LP, and Scott Burg*

Jennifer C. Berry, WSBA No. 36881
Joshua M. Howard, WSBA No. 52189
**Ogden Murphy Wallace, PLLC**
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
Phone: 206-447-7000
Email: jberry@omwlaw.com
jhoward@omwlaw.com

*Attorneys for Defendants Ventures on Woodward, LLC and Matthew Proman*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE - 2
(Case No. 2:25-cv-01237-JCC)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504