THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS KIKENDALL, | CASE NO. C25-1237-JCC |
| Plaintiff, | ORDER |
| v. | |
| BID MY LISTING, INC., *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for remand (Dkt. No. 11) and Plaintiff's request for relief from a deadline (Dkt. No. 24 at 3), along with Defendants' motion to strike (Dkt. No. 17). Having considered the relevant record, the Court DENIES Plaintiff's motion for remand (Dkt. No. 11), GRANTS Plaintiff's request for relief from a deadline (Dkt. No. 24 at 3), and DENIES Defendants' motion to strike as both moot and procedurally improper (Dkt. No. 17)[1]. The Court admonishes the parties to work collaboratively and efficiently in resolving this matter. Their motion practice to date suggests the opposite.

In addition, the Court DIRECTS the parties to complete their initial Rule 26 requirements in accordance with the schedule established at Docket Number 28.

//

//

---

[1] This includes movant's request for costs and fees. (*See* Dkt. No. 17 at 3.)

ORDER
C25-1237-JCC
PAGE - 1

1    It is so ORDERED this 12th day of September 2025.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C25-1237-JCC
PAGE - 2